IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUSTIN DAYBERRY, et al.
ADC# 660638                                                                                      PLAINTIFF

v.                           CASE NO. 4:17-CV-00221 BSM

TIM RYALS, et al.                                                                              DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 21] submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Justin Dayberry's motion for class action certification [Doc. No. 8] is denied without prejudice.

IT IS SO ORDERED this 19th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE