# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JUSTIN DAYBERRY**
**ADC# 660638**                                                                                        **PLAINTIFF**

v.                              CASE NO. 4:17-CV-00221 BSM

**TIM RYALS, et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice, and the relief sought is denied.

IT IS SO ORDERED this 14th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE